| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re: | CASE NO.: |
|---|---|
| **Kellyann Michelle Pelayo** | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/29/2026 Kellyann Michelle Pelayo
Printed name of Debtor 1

K Pelayo
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

**Julian Charter School Inc**
29141 VALLEJO AVENUE BLDG A
TEMECULA, CA 92592

paylocity

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| September 11, 2026 | 8924 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SchoolsFirst Federal | C | ***5703 | 3,360.75 |
| **Total Direct Deposits** | | | **3,360.75** |

310414 040-1100-0000219-33001000 247300 8924 **310414**

Non Negotiable - This is not a check - Non Negotiable

**Kellyann Pelayo**
24850 Hancock B -110
Murrieta, CA 92562

**Non Negotiable - This is not a check - Non Negotiable**

**Julian Charter School Inc**

**Kellyann Pelayo** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **247300** | Fed Taxable Income | **3,488.56** | Check Date | **September 11, 2026** | Voucher Number | **8924** |
| Location | **040-1100-000021** | Fed Filing Status | **H** | Period Beginning | **September 1, 2026** | Net Pay | **3,360.75** |
| Salary | **$7,328.64** | State Filing Status | **H-4** | Period Ending | **September 11, 2026** | Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ADDPAYR | | | | 354.72 |
| CELL ALL | | 0.00 | 25.00 | 50.00 |
| ER Basic L | | 0.00 | 5.58 | 27.90 |
| ER Calstrs | 19.10 | 0.00 | 736.72 | 8,640.35 |
| Er Dental | | 0.00 | 241.18 | 1,205.92 |
| SALADJST | | 0.00 | -3,471.45 | -3,471.45 |
| Salary | | 0.00 | 7,328.64 | 40,670.79 |
| Sick | | | | 7,683.34 |
| **Gross Earnings** | | **0.00** | **3,882.19** | **45,287.40** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 0.00 | 348.84 |
| FITW | 0.00 | 21.69 |
| MED | 56.29 | 656.66 |
| **Taxes** | **56.29** | **1,027.19** |

| Deductions | Amount | YTD |
|---|---|---|
| EE Chiro | 53.24 | 252.29 |
| LEGALSHLD | 18.28 | 91.30 |
| Long Term Disability | | 56.30 |
| Short Term Disability | | 32.65 |
| STRS Pepra NEW | 393.63 | 4,616.47 |
| **Deductions** | **465.15** | **5,049.01** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SchoolsFirst Federal Credit Union | C | ***5703 | 3,360.75 |
| **Total Direct Deposits** | | | **3,360.75** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| PERSONA | 24.00 | 0.00 |
| Sick Hours | 0.00 | 0.00 |
| Other | 48.14 | 176.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 48.02 | 165.24 |
| ER Cost of | 1,489.63 | 7,150.71 |

**Julian Charter School Inc**
29141 VALLEJO AVENUE BLDG A
TEMECULA, CA 92592

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 26, 2026 | 8782 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SchoolsFirst Federal | C | ***5703 | 6,353.42 |
| **Total Direct Deposits** | | | **6,353.42** |

310414 040-1100-0000219-33001000 247300 8782 **310414**

Non Negotiable - This is not a check - Non Negotiable

**Kellyann Pelayo**
24850 Hancock B -110
Murrieta, CA 92562

**Non Negotiable - This is not a check - Non Negotiable**

**Julian Charter School Inc**

**Kellyann Pelayo** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **247300** | Fed Taxable Income | **6,605.75** | Check Date | **August 26, 2026** | Voucher Number | **8782** |
| Location | **040-1100-000021** | Fed Filing Status | **H** | Period Beginning | **August 1, 2026** | Net Pay | **6,353.42** |
| Salary | **$7,328.64** | State Filing Status | **H-4** | Period Ending | **August 31, 2026** | Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ADDPAYR | | | | 354.72 |
| CELL ALL | | 0.00 | 25.00 | 25.00 |
| ER Basic L | | 0.00 | 3.72 | 22.32 |
| ER Calstrs | 19.10 | 0.00 | 1,399.77 | 7,903.63 |
| Er Dental | | 0.00 | 160.79 | 964.74 |
| Salary | | | | 33,342.15 |
| Sick | | 168.00 | 7,328.64 | 7,683.34 |
| **Gross Earnings** | | **168.00** | **7,353.64** | **41,405.21** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 76.34 | 348.84 |
| FITW | 21.69 | 21.69 |
| MED | 106.63 | 600.37 |
| **Taxes** | **204.66** | **970.90** |

| Deductions | Amount | YTD |
|---|---|---|
| EE Chiro | 35.50 | 199.05 |
| LEGALSHLD | 12.17 | 73.02 |
| Long Term Disability | | 56.30 |
| Short Term Disability | | 32.65 |
| STRS Pepra NEW | 747.89 | 4,222.84 |
| **Deductions** | **795.56** | **4,583.86** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SchoolsFirst Federal Credit Union | C | ***5703 | 6,353.42 |
| **Total Direct Deposits** | | | **6,353.42** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| PERSONA | 24.00 | 0.00 |
| Sick Hours | 0.00 | 0.00 |
| Other | 48.14 | 176.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 32.02 | 117.22 |
| ER Cost of | 993.08 | 5,661.08 |